# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOAN LICHTMAN, | : | No. 122 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JONATHAN JUCKETT, MARY SCULLION, | : | |
| CAROL THOMAS, BRIGID TOMS, SERGE | : | |
| LEVIN, LINDA DONOVAN-MAGDAMO, | : | |
| CURTIS JORDAN, ELIZABETH HERSH, | : | |
| ANN RUDNICK, JOYCE SACCO, NICOLE | : | |
| SUMMERVILLE AND SANDRA VASKO, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of November, 2022, the Petition for Allowance of Appeal and the "Application for Reconsideration Denial of *IFP* Petition" are **DENIED**.